# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128954

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL J. VALENCIC,
       Plaintiff-Appellee,

v

SC: 128954
COA: 259469
WCAC: 03-000446

TPM, INC., ACCIDENT FUND INSURANCE
COMPANY OF AMERICA, and BLUE CROSS
BLUE SHIELD OF MICHIGAN,
       Defendants-Appellees,
and

K-MART CORPORATION,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

t1219